# United States District Court

Eastern District of Wisconsin

KENNETH WHITMAN,

                                JUDGMENT IN A CIVIL CASE

        Petitioner,

        v.

DANIEL J. BENIK,             CASE NUMBER: 02-CV-541

        Respondent.

[X]    Decision by Court. This action came for consideration before the Court.

       IT IS ORDERED AND ADJUDGED
       that the petition is denied and this case is dismissed.

                                            SOFRON B. NEDILSKY
                                            Clerk of Court

July 18, 2006                       s/ V. Kelly Barton Terry
Date                                           (By) Deputy Clerk

                                            Approved this 18th day of July, 2006.

                                            s/AARON E. GOODSTEIN
                                            United States Magistrate Judge